Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | |
|---|---|
| **1. Debtor's name** | **UNITED DENTAL FULLERTON CORPORATION** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 6  1 – 1  5  8  3  5  1  6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 303 Fifth Avenue<br>Number    Street | 303 5th Avenue<br>Number    Street |
| New York, NY 10016<br>City                    State    ZIP Code | New York, NY 10016<br>City                    State    ZIP Code |
| New York<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City                    State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **UNITED DENTAL FULLERTON CORPORATION** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

      District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **UNITED DENTAL WILSHIRE CORPORATION**   Relationship **affiliate corporation**

     District **Central District of California**   When **10/29/2024**
                                              MM / DD / YYYY

     Case number, if known **2:24-bk-18873**

Debtor   **UNITED DENTAL FULLERTON CORPORATION**                    Case number *(if known)*
          Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number      Street

   _____

   _____
   City                         State   ZIP Code

   **Is the property insured?**

   ☐ No
   ☐ Yes.    Insurance agency    _____
             Contact name        _____
             Phone               _____

---

■ **Statistical and administrative information**

---

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                  ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000            ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000           ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million         ☐ $100,000,001-$500 million       ☐ More than $50 billion

Debtor   **UNITED DENTAL WILSHIRE CORPORATION**      Case number *(if known)* _____
    Name

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/31/2024
         MM/ DD/ YYYY

X _____          **Jeong H. Kim**
Signature of authorized representative of debtor   Printed name

Title       **President**

**18. Signature of attorney**

X _____    Date    10/31/2024
Signature of attorney for debtor          MM/ DD/ YYYY

**Jaenam Coe**
Printed name

**Law Offices of Jaenam Coe PC**
Firm name

**3731 Wilshire Blvd 500**
Number      Street

**Los Angeles**      **CA**      **90010**
City          State      ZIP Code

**(213) 389-1400**      **coelaw@gmail.com**
Contact phone          Email address

**175920**      **CA**
Bar number          State

---

**United States Bankruptcy Court**
**Central District of California - Los Angeles Division**

| | |
|---|---|
| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email<br><br>Jaenam Coe<br>Bar Number: 175920<br>Law Offices of Jaenam Coe PC<br>3731 Wilshire Blvd 500<br>Los Angeles, CA 90010<br>Phone: (213) 389-1400<br>Email: coelaw@gmail.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | CASE NO.:<br><br>CHAPTER:  Chapter 11<br><br>ADVERSARY NO.:<br>*(if applicable)* |
| In re:<br>UNITED DENTAL FULLERTON<br>CORPORATION<br><br><br><br><br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(NON-INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☒ Petition, statement of affairs, schedules or lists          Date filed: _____

☐ Amendments to the petition statements of affairs, schedules or lists          Date filed: _____

☐ Other *(specify):* _____          Date filed: _____

## PART I – DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

Date:  **10/30/2024**          _____
Signature (handwritten) of authorized signatory of Filing Party

**UNITED DENTAL FULLERTON CORPORATION**
Printed name of authorized signatory of Filing Party

CEO
_____
Title of authorized signatory of Filing Party

## PART II – DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - Declaration of Authorized Signatory of Debtor or Other Party of this Declaration before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

Date:  **10/30/2024**          _____
Signature (handwritten) of attorney for signing party

**Jaenam Coe**
_____
Printed Name of attorney of Signing Party

---

*December 2015*          This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **United Dental Wilshire 2:24-bk-18873WB; Ch 11 pending in CACB-Los Angeles**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **United Dental Wilshire 2:24-bk-18873WB; Ch 11 pending in CACB-Los Angeles**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**, California

_____
Jeong H. Kim
CEO

Date: **10/30/2024**

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

United States Bankruptcy Court

Central District of California

**In Re:**   UNITED DENTAL FULLERTON CORPORATION                Case No: _____

Chapter: 11

## STATEMENT REGARDING CORPORATE RESOLUTION

I, Jeong H. Kim, declare under penalty of perjury that I am the CEO of UNITED DENTAL FULLERTON CORPORATION, a California Corporation and that on October 30, 2024 the following resolution was duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Jeong H. Kim, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Jeong H. Kim, CEO of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that Jeong H. Kim, CEO of this Corporation, is authorized and directed to employ Jaenam Coe and to represent the Corporation in such bankruptcy case."

Executed on:   **October 30, 2024**          Signed:   _____

Jeong H. Kim, CEO

| Fill in this information to identify the case: |
| --- |
| Debtor name  **UNITED DENTAL FULLERTON CORPORATION** |
| United States Bankruptcy Court for the: |
| **Central District of California** |
| Case number (if known): |

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/30/2024
                    MM/ DD/ YYYY

**X** _____
Signature of individual signing on behalf of debtor

**Jeong H. Kim**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name **UNITED DENTAL FULLERTON CORPORATION**

United States Bankruptcy Court for the: **Central** District of **California**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|
| 3.1. | | |
| 3.2. | | |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor ____**UNITED DENTAL FULLERTON CORPORATION**____          Case number *(if known)* _____

Name

---

7.2 _____ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                     _____

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➔  _____
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    **$1,792,468.00** - **unknown** =..... ➔  **$1,792,468.00**
                          face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.         **$1,792,468.00**

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____      _____   _____

14.2 _____      _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1 _____      _____   _____   _____

15.2 _____      _____   _____   _____

---

Debtor    **UNITED DENTAL FULLERTON CORPORATION**    Case number *(if known)* _____

Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____    _____    _____

   16.2 _____    _____    _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.    [_____]

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor  **UNITED DENTAL FULLERTON CORPORATION**                    Case number *(if known)* _____

Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                    ┌──────────┐
                                                                                        │ _____ │
                                                                                        └──────────┘

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **UNITED DENTAL FULLERTON CORPORATION**    Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | _____ | _____ | _____ |
| 40. **Office fixtures** | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                                _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

Debtor    **UNITED DENTAL FULLERTON CORPORATION**                    Case number *(if known)* _____
            Name

48. **Watercraft, trailers, motors, and related accessories** Examples:
     Boats, trailers, motors, floating homes, personal watercraft, and fishing
     vessels

     48.1 _____    _____  _____    _____

     48.2 _____    _____  _____    _____

49. **Aircraft and accessories**

     49.1 _____    _____  _____    _____

     49.2 _____    _____  _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

     _____    _____  _____    _____

51. **Total of Part 8**                                                            _____

     Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No

     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ☑ No. Go to Part 10.

     ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**                                                            _____

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor    __UNITED DENTAL FULLERTON CORPORATION__    Case number *(if known)* _____

Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 11:    All other assets

Debtor    **UNITED DENTAL FULLERTON CORPORATION**        Case number *(if known)* _____
     Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ =➡  _____
                       Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____  Tax year _____  _____

    _____  Tax year _____  _____

    _____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

    _____  _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____  _____

    **Nature of claim**    _____

    **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____  _____

    **Nature of claim**    _____

    **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

    _____  _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____  _____

    _____  _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.    | _____ |

---

Debtor    __UNITED DENTAL FULLERTON CORPORATION__    Case number *(if known)* _____

Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,792,468.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $1,792,468.00 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... | | $1,792,468.00 |

**Fill in this information to identify the case:**

Debtor name **UNITED DENTAL FULLERTON CORPORATION**

United States Bankruptcy Court for the: **Central** District of **California**
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name | Describe debtor's property that is subject to a lien | | |
| Creditor's mailing address | | | |
| | Describe the lien | | |
| Creditor's email address, if known | | | |
| Date debt was incurred | Is the creditor an insider or related party?<br>☐ No<br>☐ Yes | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Fill in this information to identify the case:

Debtor name    **UNITED DENTAL FULLERTON CORPORATION**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): ⎯⎯⎯⎯⎯⎯⎯⎯

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ($20,000.00) | ($20,000.00) |

**2.1**

Priority creditor's name and mailing address

**Law Offices of Jaenam Coe PC**

**3731 Wilshire Blvd 500**

**Los Angeles, CA 90010**

Date or dates debt was incurred

⎯⎯⎯⎯⎯⎯⎯⎯

Last 4 digits of account

number ⎯ ⎯ ⎯ ⎯

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) ⎯⎯

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Is the claim subject to offset?

☑ No

☐ Yes

---

**2.2**

Priority creditor's name and mailing address

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Date or dates debt was incurred

⎯⎯⎯⎯⎯⎯⎯⎯

Last 4 digits of account

number ⎯ ⎯ ⎯ ⎯

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) ⎯⎯

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Is the claim subject to offset?

☐ No

☐ Yes

Debtor    **UNITED DENTAL FULLERTON CORPORATION**                     Case number *(if known)* _____
_____
Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Eun Mi Kang**

**Michael Desjardins**

**210 West Birch Street Suite 202**

**Brea, CA 92821**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Creditor is a co-plaintiff in KANG v. UNITED DENTAL et al. LASC
Case No. BC672782

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$300,000.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**Kai Tu and members of Class Action**

**c/o Gerald S. Ohn, Esq.**

**25129 the Old Rd Ste 207**

**Stevenson Ahn, CA 91381-2251**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: class action lawsuit

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,085,248.00**

---

**3.3** | Nonpriority creditor's name and mailing address

**Pen Fang Kang**

**Michael A. DesJardins**

**210 W Birch St Ste 202**

**Brea, CA 92821-4508**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:
Creditor is a co-plaintiff in KANG v. UNITED DENTAL et al. LASC
Case No. BC672782

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$300,000.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**Rosa Gutirrez**

**Michael A Desjardins**

**210 West Birch Street Suite 202**

**Brea, CA 92821**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks:

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,000.00**

---

Debtor    **UNITED DENTAL FULLERTON CORPORATION**                         Case number *(if known)*
        Name

---

## Part 2: | Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300,000.00 |
|---|---|---|---|

**Seung Mi Yu**

**Michael A Desjardins**

**210 West Birch Street Suite 202**

**Brea, CA 92821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Remarks:
Creditor is a co-plaintiff in KANG v. UNITED DENTAL et al. LASC
Case No. BC672782

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300,000.00 |
|---|---|---|---|

**Sun Moon**

**Michael A Desjarding**

**210 West Birch Street Suite 202**

**Brea, CA 92821**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Remarks:
Creditor is a co-plaintiff in KANG v. UNITED DENTAL et al. LASC
Case No. BC672782

---

Debtor    **UNITED DENTAL FULLERTON CORPORATION**                    Case number *(if known)*
_____

Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **($20,000.00)** |
| 5b. | **Total claims from Part 2** | 5b. + | **$3,315,248.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,295,248.00** |

Fill in this information to identify the case:

Debtor name __**UNITED DENTAL FULLERTON CORPORATION**__

United States Bankruptcy Court for the:

__**Central District of California**__

Case number (if known): _____    Chapter __**11**__

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ / State the term remaining _____ / List the contract number of any government contract _____ | _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ / State the term remaining _____ / List the contract number of any government contract _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ / State the term remaining _____ / List the contract number of any government contract _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ / State the term remaining _____ / List the contract number of any government contract _____ | _____ |

Fill in this information to identify the case:

Debtor name          **UNITED DENTAL FULLERTON CORPORATION**

United States Bankruptcy Court for the: _____ **Central** ____ District of ____ **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.    Does the debtor have any codebtors?**

☐   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑   Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| **2.1** **George Xenakis DDS, P.C.** | **18102 Pioneer Blvd** <br> Street <br><br> **Artesia, CA 90701** <br> City     State     ZIP Code | **Eun Mi Kang** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2** **George Xenakis Support Services, LLC** | **20955 PATHFINDER ROAD, 100** <br> Street <br><br> **Diamond Bar, CA 91765** <br> City     State     ZIP Code | **Eun Mi Kang** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.3** **Jeong H. Kim** | **303 Fifth Avenue 1207** <br> Street <br><br> **New York, NY 10016** <br> City     State     ZIP Code | **Eun Mi Kang** <br><br> **Kai Tu and members of Class Action** | ☐ D <br> ☑ E/F <br> ☐ G <br> ☐ D <br> ☑ E/F <br> ☐ G |
| **2.4** **Ukjae Jung, DDS, Inc.** | **3810 WILSHIRE BLVD 1702** <br> Street <br><br> **Los Angeles, CA 90010** <br> City     State     ZIP Code | **Eun Mi Kang** | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | UNITED DENTAL FULLERTON CORPORATION | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

▇ **Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / Mailing address | | **Name** | *Check all schedules that apply:* |
| 2.5 | **United Dental Corporation** | **10130 Garden Grove Blvd Ste 201** <br> Street <br><br> **Garden Grove, CA 92844-1684** <br> City State ZIP Code | **Eun Mi Kang** <br><br><br> **Kai Tu and members of Class Action** | ☐ D ☑ E/F ☐ G <br><br> ☐ D ☑ E/F ☐ G |
| 2.6 | **UNITED DENTAL IRVINE CORPORATION** | **15315 Culver Dr Ste 185** <br> Street <br><br> **Irvine, CA 92604-7133** <br> City State ZIP Code | **Kai Tu and members of Class Action** | ☐ D ☑ E/F ☐ G |
| 2.7 | **United Dental Northridge Corp** | **10149 Reseda Blvd** <br> Street <br><br> **Northridge, CA 91324** <br> City State ZIP Code | **Eun Mi Kang** <br><br><br> **Kai Tu and members of Class Action** | ☐ D ☑ E/F ☐ G <br><br> ☐ D ☑ E/F ☐ G |
| 2.8 | **UNITED DENTAL WILSHIRE CORPORATION** | Street <br><br> City State ZIP Code | **Eun Mi Kang** <br><br><br> **Kai Tu and members of Class Action** | ☐ D ☑ E/F ☐ G <br><br> ☐ D ☑ E/F ☐ G |
| 2.9 | | Street <br><br> City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.10 | | Street <br><br> City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Debtor    **UNITED DENTAL FULLERTON CORPORATION**                    Case number (if known) _____
　　　Name

| ⬛ | **Additional Page if Debtor Has More Codebtors** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.11 | _____ | Street _____ <br> _____ <br> City　　　State　　　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.12 | _____ | Street _____ <br> _____ <br> City　　　State　　　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.13 | _____ | Street _____ <br> _____ <br> City　　　State　　　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.14 | _____ | Street _____ <br> _____ <br> City　　　State　　　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.15 | _____ | Street _____ <br> _____ <br> City　　　State　　　ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Fill in this information to identify the case:

Debtor name     **UNITED DENTAL FULLERTON CORPORATION**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____     Chapter ___**11**___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:**   **Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**
       Copy line 88 from *Schedule A/B*..................................................................................................................

       | **$0.00** |

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...............................................................................................................

       | **$1,792,468.00** |

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................................................

       | **$1,792,468.00** |

**Part 2:**   **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | **$0.00** |

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

       | **($20,000.00)** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

       | **+     $3,315,248.00** |

4. **Total liabilities**..................................................................................................................................................
   Lines 2 + 3a + 3b

   | **$3,295,248.00** |

Fill in this information to identify the case:

Debtor name        **UNITED DENTAL FULLERTON CORPORATION**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to  Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor    **UNITED DENTAL FULLERTON CORPORATION**                                    Case number *(if known)* _____

      Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1.  _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ | _____<br><br>_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3.
*Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1.  _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.  Repossessions, foreclosures, and returns**

    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |

Debtor  UNITED DENTAL FULLERTON CORPORATION                          Case number *(if known)* _____
_____
Name

5.1. _____    _____   _____   _____
     Creditor's name

     _____
     Street

     _____
     _____
     City              State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name  _____ Street  _____ _____ City         State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **KANG v. UD** | **Wages, discrimination, breach of contract fraud and wrongful termination** | **Los Angeles Superior** Name  **111 N. Hill St** Street  _____ **90012** City         State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **BC672782** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **KU v. United Dental** | **class action** | **Los Angeles Superior** Name  **111 N. Hill St** Street  _____ **90012** City         State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **BC542678** | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  UNITED DENTAL FULLERTON CORPORATION                                    Case number *(if known)*
_____
        Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

_____
Custodian's name

_____

Street

_____

_____
City            State    ZIP Code

Case title
_____

Case number
_____

Date of order or assignment
_____

Court name and address

_____
Name

_____
Street

_____
City              State    ZIP Code

---

## Part 4:  Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

_____
Recipient's name

_____

Street

_____

_____
City            State    ZIP Code

Recipient's relationship to debtor
_____

---

## Part 5:  Certain Losses

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|-----------------------------------------------------------|---|---|---|
| 10.1. | | | |

---

## Part 6:  Certain Payments or Transfers

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    UNITED DENTAL FULLERTON CORPORATION    Case number *(if known)* ————————

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Law Offices of Jaenam Coe PC** | **Attorney's Fee** | **10/30/2024** | **$20,000.00** |
| | Address | | | |
| | **3731 Wilshire Blvd 500** | | | |
| | Street | | | |
| | | | | |
| | **Los Angeles, CA 90010** | | | |
| | City          State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor  UNITED DENTAL FULLERTON CORPORATION    Case number *(if known)* _____

      Name

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

      **Address**

      _____
      Street

      _____

      _____
      City      State    ZIP Code

      **Relationship to debtor**

      _____

---

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | | **Dates of occupancy** |
|---|---|---|
| 14.1. _____ | | From _____  To _____ |
| Street | | |
| _____ | | |
| City        State    ZIP Code | | |

---

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ | _____ | *Check all that apply:* |
| City        State    ZIP Code | | ☐ Electronically |
| | _____ | ☐ Paper |

Debtor   UNITED DENTAL FULLERTON CORPORATION _____   Case number *(if known)* _____
     Name

---

## Part 9: Personally Identifiable Information

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State  ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.** **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Debtor    UNITED DENTAL FULLERTON CORPORATION    Case number *(if known)*
_____
Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State     ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| | | | _____ |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   UNITED DENTAL FULLERTON CORPORATION                                    Case number *(if known)*
         Name

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | _____ | | ☐ Concluded |
| _____ | Street | _____ | |
| | _____ | _____ | |
| | City            State     ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City       State    ZIP Code | City       State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City       State    ZIP Code | City       State    ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **9**

Debtor    UNITED DENTAL FULLERTON CORPORATION _____    Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____<br>Name | | **Dates business existed** |
| _____<br>Street | | From _____    To _____ |
| _____ | | |
| _____<br>City         State     ZIP Code | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____    To _____ |
| _____<br>Name | |
| _____<br>Street | |
| _____ | |
| _____<br>City              State         ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____    To _____ |
| _____<br>Name | |
| _____<br>Street | |
| _____ | |
| _____<br>City              State         ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | _____ |
| _____<br>Name | _____ |
| _____<br>Street | |
| _____ | |
| _____<br>City              State         ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor　UNITED DENTAL FULLERTON CORPORATION　　　　　　　Case number *(if known)*

　　　　Name

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

_____
City　　　　　　　　State　　　　ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____

_____
City　　　　　　　　State　　　　ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ , | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ , | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor  UNITED DENTAL FULLERTON CORPORATION                                Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                     State          ZIP Code

**Relationship to debtor**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:  Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/30/2024___
                MM/  DD/  YYYY

**X** _[signature]_                              Printed name ____**Jeong H. Kim**____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____**President**____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name    **UNITED DENTAL FULLERTON CORPORATION**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kai Tu and members of Class Action<br><br>c/o Gerald S. Ohn, Esq.<br>25129 the Old Rd Ste 207<br>Stevenson Ahn, CA 91381-2251 | | lawsuit | Contingent Disputed | | | $2,085,248.00 |
| 2 | Eun Mi Kang<br><br>Michael Desjardins<br>210 West Birch Street Suite 202<br>Brea, CA 92821 | | lawsuit | Contingent Disputed Unliquidated | | | $300,000.00 |
| 3 | Pen Fang Kang<br><br>Michael A. DesJardins<br>210 W Birch St Ste 202<br>Brea, CA 92821-4508 | | lawsuit | Contingent Disputed Unliquidated | | | $300,000.00 |
| 4 | Seung Mi Yu<br><br>Michael A Desjardins<br>210 West Birch Street Suite 202<br>Brea, CA 92821 | | lawsuit | Disputed | | | $300,000.00 |
| 5 | Sun Moon<br><br>Michael A Desjarding<br>210 West Birch Street Suite 202<br>Brea, CA 92821 | | lawsuit | Contingent Disputed Unliquidated | | | $300,000.00 |
| 6 | Rosa Gutirrez<br><br>Michael A Desjardins<br>210 West Birch Street Suite 202<br>Brea, CA 92821 | | lawsuit | Contingent Disputed Unliquidated | | | $30,000.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    __UNITED DENTAL FULLERTON CORPORATION__    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**    **UNITED DENTAL FULLERTON CORPORATION**

Case No. _____

**Debtor**      Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................. **$0.00**

Prior to the filing of this statement I have received ................................................. **$20,000.00**

Balance Due .............................................................................................................. **($20,000.00)**

2.    The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The attorney received an initial deposit of $20,000. Hourly fees are $550/hr. Scope of service and fee payment are subject to court's approval.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**10/30/2024**
_____
*Date*

_____
Jaenam Coe
*Signature of Attorney*

Bar Number: 175920
Law Offices of Jaenam Coe PC
3731 Wilshire Blvd 500
Los Angeles, CA 90010
Phone: (213) 389-1400

_____
**Law Offices of Jaenam Coe PC**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Jaenam Coe
Bar Number: 175920
Law Offices of Jaenam Coe PC
3731 Wilshire Blvd 500
Los Angeles, CA 90010
Phone: (213) 389-1400
Email: coelaw@gmail.com

FOR COURT USE ONLY

☑ *Attorney for:* __UNITED DENTAL FULLERTON CORPORATION__

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
UNITED DENTAL FULLERTON CORPORATION

Debtor(s).

Plaintiff(s),

Defendant(s).

CASE NO.: _____

ADVERSARY NO.: _____

CHAPTER: 11

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO RBP 1007(A)(1) AND 7007.1, AND LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____**Jaenam Coe**_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☑ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

UNITED DENTAL WILSHIRE CORPORATION 49.754 %
UDG HOLDINGS LLC 50.246 %

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:    11/3/2024          By:    _Jaenam Coe_
                                     Signature of Debtor, or attorney for Debtor

                            Name:        **Jaenam Coe**
                                     Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jaenam Coe**<br>**Bar Number: 175920**<br>**Law Offices of Jaenam Coe PC**<br>**3731 Wilshire Blvd 500**<br>**Los Angeles, CA 90010**<br>**Phone: (213) 389-1400**<br>**Email: coelaw@gmail.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION</b></td></tr>
<tr><td>In re:<br><br><b>UNITED DENTAL  FULLERTON CORPORATION</b></td><td>CASE NO.:<br>CHAPTER: 11</td></tr>
<tr><td rowspan="2"><br><br><br><br><br>Debtor(s).</td><td align="center"><b>VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS</b><br><br><b>[LBR 1007-1(a)]</b></td></tr>
</table>

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____**2**____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___10/30/2024_____

_____
<mark>President</mark>

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

**Eun Mi Kang**
Michael Desjardins
210 West Birch Street Suite 202
Brea, CA 92821

**George Xenakis DDS, P.C.**
18102 Pioneer Blvd
Artesia, CA 90701

**George Xenakis Support
Services, LLC**
20955 PATHFINDER ROAD, 100
Diamond Bar, CA 91765

**Jeong H. Kim**
303 Fifth Avenue 1207
New York, NY 10016

**Kai Tu and members of Class
Action**
c/o Gerald S. Ohn, Esq.
25129 the Old Rd Ste 207
Stevenson Ahn, CA 91381-2251

**Law Offices of Jaenam Coe PC**
3731 Wilshire Blvd 500
Los Angeles, CA 90010

**Pen Fang Kang**
Michael A. DesJardins
210 W Birch St Ste 202
Brea, CA 92821-4508

**Rosa Gutirrez**
Michael A Desjardins
210 West Birch Street Suite 202
Brea, CA 92821

**Seung Mi Yu**
Michael A Desjardins
210 West Birch Street Suite 202
Brea, CA 92821

**Sun Moon**
Michael A Desjarding
210 West Birch Street Suite 202
Brea, CA 92821

**Ukjae Jung, DDS, Inc.**
3810 WILSHIRE BLVD 1702
Los Angeles, CA 90010

**United Dental Corporation**
10130 Garden Grove Blvd Ste 201
Garden Grove, CA 92844-1684

**UNITED DENTAL FULLERTON
CORPORATION**
303 Fifth Avenue 1207
New York, NY 10016

**UNITED DENTAL IRVINE
CORPORATION**
15315 Culver Dr Ste 185
Irvine, CA 92604-7133

**United Dental Northridge Corp**
10149 Reseda Blvd
Northridge, CA 91324

**UNITED DENTAL WILSHIRE
CORPORATION**